

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00642-CV

Stacey **VELASQUEZ** and Saragosa Alaniz,
Individually and as Next Friends of the Minor Child, S.M.A.,
Appellants

v.

Nagakrishna **REDDY**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-05605
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We ORDER that appellee Nagakrishna Reddy recover her costs of this appeal, if any from appellants Stacey Velasquez and Saragosa Alaniz, Individually and as Next Friends of the Minor Child, S.M.A.

SIGNED October 8, 2014.

_____
Marialyn Barnard, Justice